RECEIVED
IN ALEXANDRIA, LA.

JUL 1 5 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM POWELL,<br>   Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. 1:12-cv-00296 |
| VERSUS | |
| WARDEN, AVOYELLES CORRECTIONAL<br>CENTER,<br>   Respondent | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Powell's habeas petition is GRANTED, and Powell is GRANTED A CONDITIONAL WRIT OF HABEAS CORPUS, ordering his discharge from custody unless the State of Louisiana returns him to the Louisiana State Parole Board, East Baton Rouge Parish, Louisiana, for a new parole revocation hearing which comports fully with Powell's rights to minimal due process and to confront and cross-examine witnesses, **within 60 days** after the date of this Court's judgment.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 15th day of July 2013.

_____
JUDGE JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE