RECEIVED
IN ALEXANDRIA, LA.

AUG 1 2 2013

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| WILLIAM POWELL | CIVIL ACTION NO. 12-296 |
| VERSUS | JUDGE TRIMBLE |
| WARDEN, AVOYELLES CORR. CENTER | MAGISTRATE JUDGE KIRK |

---

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas corpus case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

_____ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__X__ The certificate of appealability is GRANTED for the below reasons.

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right: petitioner's Sixth Amendment right to confront and cross-examine adverse witnesses during his probation revocation hearing.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 12th day of August, 2013.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE